UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Anthony James Isham,** | **Civil No. 06-3780 PJS/SRN** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **Virginia Medical Center, and,**<br>**One Unknown Named Employee of**<br>**The Virginia Medical Center,** | |
| **Defendants.** | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 11, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: February 27, 2008

                                                    s/Patrick J. Schiltz
                                                    Judge Patrick J. Schiltz
                                                    United States District Judge